UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Third Party Subpoena Issued to | No. C-14-mc-80348 DMR |
| LIVEVOX, INC. | **ORDER RE DISCOVERY DISPUTE** |

On December 31, 2014, Plaintiffs Linda Blair, Diane Deal, and Shannon Collins filed a motion to compel compliance with a subpoena issued to LiveVox, Inc. [Docket No. 1.] On January 6, 2015, the court ordered the parties to meet and confer and to submit a joint letter regarding any remaining discovery disputes by January 16, 2015. [Docket No. 7.] As no such letter has been filed, the court assumes that there are no discovery disputes remaining. Accordingly, the court shall close the file and terminate this matter unless the parties indicate otherwise by January 23, 2015.

IT IS SO ORDERED.

Dated: January 21, 2015

_____
DONNA M. RYU
United States Magistrate Judge